IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02259-PSF-MJW

ENNIO Z. DANIEL,

Plaintiff(s),

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Motion for Extension of Time to Respond to Complaint (docket no. 28) is GRANTED.  The Defendant shall have up to and including July 15, 2005, to answer or otherwise respond to the Plaintiff's Amended Complaint.

    It is FURTHER ORDERED that the Defendant's Motion to Strike Plaintiff's Motion for Default Judgment (docket no. 27) is GRANTED.  The Plaintiff's Motion for Default Judgment (docket no. 26) is STRICKEN.

Date:  July 13, 2005