IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02259-PSF-MJW

ENNIO Z. DANIEL,

Plaintiff(s),

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Motion to Strike Jury Demand (docket no. 36) is DENIED.  In this case Plaintiff filed a pro se Complaint which did not include a request for a jury.  Thereafter, Plaintiff retained counsel, Lisa Covington, and at the Rule 16 Scheduling Conference on March 11, 2005, this court continued the Rule 16 Scheduling Conference to April 8, 2005, to allow the parties to complete and submit a proposed Rule 16 Scheduling Order since Plaintiff was now represented by counsel.  On April 8, 2005, at the Rule 16 Scheduling Conference, the court granted Plaintiff's Motion to Amend Complaint (docket no. 15, filed on March 23, 2005) without objection by Defendant and the Amended Complaint was accepted for filing which included a request for a jury trial.  See minutes and order of court proceedings at the Scheduling Conference on April 8, 2005.  On July 12, 2005, the Defendant filed its first and only Answer to the Amended Complaint.  Nowhere in Defendant's Answer did it raise any affirmative defense or objections to Plaintiff's request for a jury trial.  Here, Plaintiff's Amended Complaint preceded the Defendant's responsive pleading and therefore Plaintiff's demand for a jury trial was timely, and should be granted finding no prejudice to Defendant.  Lara v. Diamond Detective Agency, 04 C 4822 (N.D. Ill., February 10, 2005).

Date:  August 8, 2005