IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02259-PSF-MJW

ENNIO Z. DANIEL,

    Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

    Defendant.

---

## ORDER OF DISMISSAL

---

The parties' Stipulated Motion to Dismiss (Dkt. # 45) is GRANTED. It is hereby

ORDERED that this case is DISMISSED with prejudice, each party to bear his or its own costs and attorney fees.

DATED: January 17, 2006

                                                    BY THE COURT:

                                                   *s/ Phillip S. Figa*

                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge